No. 951, Misc. HARPER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg and Robert G. Maysack for the United States. 

No. 974, Misc. CAREY v. BENNETT. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. Solicitor General Marshall for respondent.

No. 1025, Misc. KAUFMAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Robert O. Hetlage for petitioner. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg and Robert G. Maysack for the United States. 

No. 1092, Misc. PERRY v. NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 1102, Misc. STEVENSON v. MANCUSI, WARDEN. Ct. App. N. Y. Certiorari denied.

No. 1112, Misc. RODRIGUEZ v. LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1126, Misc. TAYLOR v. OHIO; and
No. 1142, Misc. JONES v. OHIO. Sup. Ct. Ohio. Certiorari denied. Reported below: 4 Ohio St. 2d 13, 211 N. E. 2d 198.

No. 1141, Misc. HARRIS v. WILSON, WARDEN. C. A. 9th Cir. Certiorari denied. 
